UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

LATRELL YOUNG,

        Plaintiff,                    Case No. 1:25-cv-489

v.                                         Honorable Ray Kent

KENT, COUNTY OF et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  June 4, 2025                          /s/ Ray Kent
                                                            Ray Kent
                                                            United States Magistrate Judge